UNIVERSITY OF ILLINOIS, No. 601—

*Opinion submitted March 14, 1934.*

BY THE COURT.

If the operation of the power plant involves the use of power-driven machinery, an employee therein would seem to come within Paragraph 8 of Section 3 of the Workmen's Compensation Act—(see *Board of Education* vs. *Industrial Commission,* 301 Ill. 611)—and an award is recommended, in this case, upon the facts submitted.